# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161198

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant,

v

JOSHUA MARK BURGER,
   Defendant-Appellee.

SC: 161198
COA: 343332
Wayne CC: 17-005741-FH

_____/

   On order of the Court, the application for leave to appeal the February 25, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2020



Clerk

s0916